

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00158-CR

**JOHN WESLEY VAUGHN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 15-00320-CRF-85

## O R D E R

Appellant's brief was originally due on November 2, 2017. A first extension of time of 61 days was granted, and appellant's brief was due January 2, 2018. A second extension of time for an additional 62 days is being requested which would make the brief due on March 5, 2018. This most recent request pushes the total amount of time to 133 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience, grant over four times the amount of time allowed by the rules to file a brief.

However, in light of counsel's reasons for requesting the additional time, appellant's Motion for Extension of Time to File Appellant's Brief is granted in part. Appellant's brief is due 35 days from the date of this Order. The remainder of appellant's motion is denied without prejudice to requesting additional time only if essential to the adequate representation of appellant.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted in part and denied in part
Order issued and filed January 17, 2018

